IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | |
|---|---|
| IN RE: | CASE NO. 09-41857 |
| RONALD SHANE NICKELL, SR.<br>LINDA A. NICKELL | JUDGE KAY WOODS |
| Debtor(s) | DIVIDENDS LESS THAN $5.00 |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $5.51.

The dividend relates to the following claimants:

Transportation Insurance Brokers
PO Box 39113
Solon, OH 44139

$3.53

Advanced Women's Care
1111 Boardman-Canfield Rd.
Youngstown, OH 44512

$0.74

Ohio Sports & Spine
1265 Boardman Canfield Rd.
Youngstown, OH 44512           $1.24

**TOTAL:**                     **$5.51**

2. My Trustee's check for $5.51 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: February 4, 2010　　　　　　　　　/s/ Michael D. Buzulencia
　　　　　　　　　　　　　　　　　　　MICHAEL D. BUZULENCIA
　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　150 E. Market St.
　　　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　　　Warren, OH 44481
　　　　　　　　　　　　　　　　　　　(330) 392-8551
　　　　　　　　　　　　　　　　　　　Fax no. : (330) 392-7030
　　　　　　　　　　　　　　　　　　　buzulenciatrustee@mahoningvalleylaw.com
　　　　　　　　　　　　　　　　　　　OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

　　　　　　　　　　　　　　　　　　　/s/ Michael D. Buzulencia
　　　　　　　　　　　　　　　　　　　MICHAEL D. BUZULENCIA
　　　　　　　　　　　　　　　　　　　CHAPTER 7 TRUSTEE